■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REMI ILLIS, Appellant. [782 NYS2d 374]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered February 26, 2002, convicting him of murder in the second degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly declined to dismiss the depraved indifference murder count (*see* Penal Law § 125.25 [2]). Sufficient evidence was presented at trial to support the conclusion that the defendant acted recklessly and with depraved indifference to human life, rather than intentionally (*see People v Sanchez,* 98 NY2d 373 [2002]; *People v Gallagher,* 69 NY2d 525 [1987]; *People v Register,* 60 NY2d 270, 274 [1983], *cert denied* 466 US 953 [1984]; *cf. People v Wall,* 29 NY2d 863 [1971]).

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's trial counsel provided meaningful representation (*see People v Benevento,* 91 NY2d 708 [1998]; *People v Baldi,* 54 NY2d 137 [1981]). Ritter, J.P., Krausman, Goldstein and Lifson, JJ., concur.